UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN LUCISANO, SR. | : |
| | : |
| v. | : |
| | : |
| | : |
| MARK LEWIS AND | : |
| WOLFE TRUCKING, INC. | :        APRIL 3, 2020 |

## **NOTICE OF REMOVAL**

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§ 1441 and 1446, the defendants, Mark Lewis and Wolfe

Trucking, Inc., hereby give notice that they have removed this action from the Superior

Court of Connecticut, Judicial District of Waterbury, for the following reasons:

1.      The plaintiff commenced the instant action against the undersigned

defendants, Mark Lewis and Wolfe Trucking, Inc., by service of a Summons and

Complaint dated February 20, 2020.  On March 5, 2020, service was made on both

defendants by way of the Commissioner of Motor Vehicles of the State of Connecticut

and certified mail.

2.      The action was returned to Superior Court for the Judicial District of

Waterbury on March 6, 2020.

3.      The above-described action is a civil action and is one which may be

removed to the Court by the petitioner, defendants therein, pursuant to the provisions of

28 U.S.C. § 1441 and 28 U.S.C. § 1332 in that the plaintiff, Steven Lucisano, Sr., is a

citizen of Connecticut, the defendant, Wolfe Trucking, Inc., is a California Corporation

with its principal place of business in California, the defendant, Mark Lewis, is a citizen of the state of California.

4.      The plaintiff's complaint Statement of Demand states that the legal interest or property in demand is greater than $15,000.00 exclusive of interest and costs. The plaintiff claims permanent injuries, which include head pain, vision problems, vertigo, hearing issues, mouth pain, headaches, ear ringing, neck pain, right shoulder pain, exacerbation/aggravation of right shoulder pain, left hand pain, exacerbation /aggravation of left hand pain, back pain, left knee pain, exacerbation / aggravation of left knee pain; and pain and suffering, both physical and mental. Because these injuries are alleged to be permanent in nature and because the plaintiff claims an inability to work the amount in controversy in this case is greater than $75,000.

5.      Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendants as follows: (a) Summons; (b) Complaint; and (c) a statement of amount in demand.

6.      The defendants deny all the plaintiff's allegations of damages and liability.

7.      Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the plaintiff and the defendants and the amount in controversy is greater than $75,000.

WHEREFORE, the petitioners pray that the above action now pending in Superior Court at 300 Grand Street, Waterbury, Connecticut, be removed therefrom to this Court.

DEFENDANTS,
MARK LEWIS AND
WOLFE TRUCKING, INC.

By  /s/ Bryan J. Haas
   Bryan J. Haas
   ct426765
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1121
   Ph:  (860) 249-1361
   Fax:  (860) 249-7665
   E-mail: bhaas@hl-law.com

## **CERTIFICATION**

This is to certify that on April 3, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Garrett M. Moore, Sr., Esquire
Moore, O'Brien & Foti
891 Straits Turnpike
Middlebury, CT 06762


_/s/ Bryan J. Haas_____
Bryan J. Haas

**SUMMONS - CIVIL**
JD-CV-1   Rev. 11-19
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| | |
|---|---|
| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>*www.jud.ct.gov* |

Instructions are on page 2.

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 300 GRAND STREET, WATERBURY, CT 06702 | ( 203 ) 591 – 3300 | 03/24/2020 |

| | | | |
|---|---|---|---|
| ☒ Judicial District | G.A. | At *(City/Town)* | Case type code *(See list on page 2)* |
| ☐ Housing Session | ☐ Number: | WATERBURY | Major: **V**    Minor: **01** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Garrett M. Moore, Sr., Moore, O'Brien & Foti, 891 Straits Turnpike, Middlebury, CT 06762 | 308035 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 203 ) 272 – 5881 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*<br>GMOORE@MOJYLAW.COM |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name:  LUCISANO, SR., STEVEN<br>Address: 6 SCOTT ROAD, PROSPECT, CT 06712 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name:  LEWIS, MARK<br>Address: 1135 LAS PULGAS PPLACE, PACIFIC PALISADES, CA 90272 | D-01 |
| Additional defendant | Name:  WOLFE TRUCKING, INC.<br>Address: 7131 VALJEAN AVENUE, VAN NUYS, CA 91406 | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
**The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 02/20/2020 | | ☐ Clerk | GARRETT M. MOORE, SR. |

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|
| | | | |

RETURN DATE: March 24, 2020     :     **SUPERIOR COURT**

**STEVEN LUCISANO, SR.**     :     **J. D. OF WATERBURY**

**Vs.**     :     **AT WATERBURY**

**MARK LEWIS, ET AL**     :     **FEBRUARY 20, 2020**

<u>**COMPLAINT**</u>

<u>**FIRST COUNT:**</u>     **(STEVEN LUCISANO, SR. V. MARK LEWIS)**

1.     On May 17, 2019, at approximately 12:25 a.m., the plaintiff, **STEVEN LUCISANO, SR.,** was the operator of a motor vehicle that was traveling in an easterly direction on Interstate 84 East and had reached a point in the roadway approximately five-tenths of a mile west of the Exit 10 off-ramp, both public streets or highways in Newtown, Connecticut.

2.     At the same time and place, the defendant, **MARK LEWIS**, was the operator of a motor vehicle owned by the defendant, WOLFE TRUCKING, INC., that was traveling in an easterly direction on Interstate 84 East and had reached a point in the roadway directly behind the motor vehicle operated by the plaintiff.

3.     At the same time and place, the motor vehicle operated by the defendant, **MARK LEWIS**, suddenly and without warning collided with the motor vehicle operated

**MOORE, O'BRIEN & FOTI** • *ATTORNEYS AT LAW*
891 STRAITS TURNPIKE • MIDDLEBURY, CT 06762 • TEL. (203) 272-5881 • JURIS NO. 408519

by the plaintiff, thereby causing the plaintiff, **STEVEN LUCISANO, SR.**, to suffer the injuries and losses more fully set forth below.

    4.    The collision was caused by the negligence of the defendant, **MARK LEWIS**, in one or more of the following ways:

    a)    He failed to keep a reasonable and proper lookout for other vehicles on the road;

    b)    He followed too closely behind the vehicle operated by the plaintiff having due regard to the circumstances then and there existing;

    c)    He failed to turn or swerve so as to avoid the collision;

    d)    He failed to apply the brakes in time to avoid the collision;

    e)    He failed to sound the horn or give a timely warning of the impending collision;

    f)    He failed to keep the vehicle under proper control;

    g)    He was inattentive in the operation of the vehicle;

    h)    He operated the vehicle at a rate of speed greater than was reasonable, having due regard to the width, traffic, and use of the highway, road or parking area, the intersection of streets and weather conditions, in violation of § 14-218a of the Connecticut General Statutes; and/or

**MOORE, O'BRIEN & FOTI**  •  *ATTORNEYS AT LAW*
891 STRAITS TURNPIKE  •  MIDDLEBURY, CT 06762  •  TEL. (203) 272-5881  •  JURIS NO. 408519

i)     He followed too closely behind the vehicle operated by the plaintiff having due regard to the circumstances then and there existing and in violation of § 14-240(a) of the Connecticut General Statutes.

5.     As a result of the negligence of the defendant, **MARK LEWIS**, the plaintiff, **STEVEN LUCISANO, SR.**, suffered the following injuries, some or all of which may be permanent in nature:

a)     Head pain;

b)     Vision problems;

c)     Vertigo;

d)     Hearing issues;

e)     Mouth pain;

f)     Headaches;

g)     Ear ringing;

h)     Neck pain;

i)     Right shoulder pain;

j)     Exacerbation/aggravation of right shoulder pain;

k)     Left hand pain;

l)     Exacerbation/aggravation of left hand pain;

m)     Back pain;

**MOORE, O'BRIEN & FOTI** • *ATTORNEYS AT LAW*
891 STRAITS TURNPIKE • MIDDLEBURY, CT 06762 • TEL. (203) 272-5881 • JURIS NO. 408519

n)    Left knee pain;

o)    Exacerbation/aggravation of left knee pain; and

p)    Pain and suffering, both physical and mental.

6.    As a further result of the negligence of the defendant, **MARK LEWIS**, the plaintiff, **STEVEN LUCISANO, SR.,** was forced to expend large sums of money for hospital and medical care, medicines, diagnostic tests and therapy, all necessary to his recovery, and may be forced to expend additional sums in the future.

7.    As a further result of the negligence of the defendant, **MARK LEWIS**, the plaintiff, **STEVEN LUCISANO, SR.,** was unable to work, to his financial detriment.

8.    As a further result of the negligence of the defendant, **MARK LEWIS**, the plaintiff, **STEVEN LUCISANO, SR.,** was unable, and remains unable, to participate in and enjoy his usual activities.

**SECOND COUNT:  (STEVEN LUCISANO, SR. v. WOLFE TRUCKING, INC.)**

1 – 8.    Paragraphs 1 through 8 of the First Count are hereby incorporated as corresponding paragraphs 1 through 8 of this Second Count.

9.    At all times material hereto, the defendant, **WOLFE TRUCKING, INC.,** was the owner of the motor vehicle operated by **MARK LEWIS**.

**MOORE, O'BRIEN & FOTI**   •   *ATTORNEYS AT LAW*
891 STRAITS TURNPIKE   •   MIDDLEBURY, CT 06762   •   TEL. (203) 272-5881   •   JURIS NO. 408519

10.     At all times mentioned herein, **MARK LEWIS**, was operating the motor vehicle owned by the defendant, **WOLFE TRUCKING, INC.**, with its permission.

11.     At all times mentioned herein, **MARK LEWIS**, was operating the motor vehicle owned by the defendant, **WOLFE TRUCKING, INC.**, as its agent, servant and/or employee.

12.     The defendant, **WOLFE TRUCKING, INC.**, is liable to the plaintiff, **STEVEN LUCISANO, SR.**, pursuant to the Connecticut General Statutes §52-182 and/or §52-183.

**MOORE, O'BRIEN & FOTI**   •   *ATTORNEYS AT LAW*
891 STRAITS TURNPIKE   •   MIDDLEBURY, CT 06762   •   TEL. (203) 272-5881   •   JURIS NO. 408519

WHEREFORE, the plaintiff claims money damages.

THE PLAINTIFF,
STEVEN LUCISANO, SR.

By:
Garrett M. Moore, Sr.
Moore, O'Brien & Foti
891 Straits Turnpike
Middlebury, CT 06762
Phone: (203) 272-5881
Juris No.: 408519
His Attorneys

MOORE, O'BRIEN & FOTI   •   ATTORNEYS AT LAW
891 STRAITS TURNPIKE   •   MIDDLEBURY, CT 06762   •   TEL. (203) 272-5881   •   JURIS NO. 408519

RETURN DATE: March 24, 2020      :      SUPERIOR COURT

STEVEN LUCISANO, SR.      :      J. D. OF WATERBURY

Vs.      :      AT WATERBURY

MARK LEWIS, ET AL      :      FEBRUARY 20, 2020

## STATEMENT OF AMOUNT IN DEMAND

The amount of money damages claimed is greater than Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF,
STEVEN LUCISANO, SR.

By: _____
Garrett M. Moore, Sr.
Moore, O'Brien & Foti
891 Straits Turnpike
Middlebury, CT 06762
Phone: (203) 272-5881
Juris No.: 408519
His Attorneys

MOORE, O'BRIEN & FOTI   •   ATTORNEYS AT LAW
891 STRAITS TURNPIKE   •   MIDDLEBURY, CT 06762   •   TEL. (203) 272-5881   •   JURIS NO. 408519

OFFICER'S RETURN TO COURT

STATE OF CONNECTICUT:
                                    : SS: WETHERSFIELD          FEBRUARY 24, 2020
COUNTY OF HARTFORD :


Then and by virtue hereof and by direction of the Plaintiff's attorney, I made due and legal service upon the within named non-resident Defendant, **MARK LEWIS,** by leaving a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, STATEMENT OF AMOUNT IN DEMAND, at the office of the Commissioner of Motor Vehicles for the State of Connecticut, at least twelve days before the session of the Court to which this writ is returnable. Said Commissioner of Motor Vehicles of the State of Connecticut is the duly authorized agent and attorney for the within named non-resident Defendant.

And then thereafter and by virtue hereof and by direction of the Plaintiff's attorney, I made due and legal service upon the within named non-resident Defendant, **WOLFE TRUCKING, INC.,** by leaving a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, STATEMENT OF AMOUNT IN DEMAND, at the office of the Commissioner of Motor Vehicles for the State of Connecticut, at least twelve days before the session of the Court to which this writ is returnable. Said Commissioner of Motor Vehicles of the State of Connecticut is the duly authorized agent and attorney for the within named non-resident Defendant.

1

And afterwards, I deposited in the Post Office, postage paid, certified mail, return receipt requested, a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named non-resident Defendant, **MARK LEWIS, 1135 LAS PULGAS PLACE, PACIFIC PALISADES, CA 90272.**

SUPPLEMENTAL RETURN TO FOLLOW

And afterwards, I deposited in the Post Office, postage paid, certified mail, return receipt requested, a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named non-resident Defendant, **WOLFE TRUCKING, INC., 7131 VALJEAN AVENUE, VAN NUYS, CA 91406.**

SUPPLEMENTAL RETURN TO FOLLOW

The within is the original WRIT SUMMONS-CIVIL, COMPLAINT, STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed.

ATTEST:

JOHN A. LEPITO, JR.
STATE MARSHAL
Hartford County

FEES:
Service         $ 60.00
Travel             9.00
Copies            32.00
D.M.V.            40.00
Postage           22.00
Endorsements       5.20

TOTAL:          $168.20

2